IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Banks, Irene E

Printed: 10/7/08

Case Number: 04 B 03075
Judge: Hollis, Pamela S
Filed: 1/27/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 28, 2008
Confirmed: March 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,528.00 |  |
| Secured: |  | 14,267.29 |
| Unsecured: |  | 4,118.44 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 1,142.27 |
| Other Funds: |  | 0.00 |
| Totals: | 21,528.00 | 21,528.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | Americredit Financial Ser Inc | Secured | 14,267.29 | 14,267.29 |
| 3. | Direct Merchants | Unsecured | 1,240.75 | 1,645.92 |
| 4. | Americredit Financial Ser Inc | Unsecured | 339.41 | 450.34 |
| 5. | ECast Settlement Corp | Unsecured | 340.73 | 452.11 |
| 6. | Resurgent Capital Services | Unsecured | 1,183.30 | 1,570.07 |
| 7. | Wells Fargo | Secured |  | No Claim Filed |
| 8. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 9. | Citibank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 19,371.48 | $ 20,385.73 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 86.94 |
| 4% | 66.24 |
| 6.5% | 211.14 |
| 3% | 37.26 |
| 5.5% | 204.93 |
| 5% | 62.10 |
| 4.8% | 119.22 |
| 5.4% | 354.44 |
|  | _____ |
|  | $ 1,142.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Banks, Irene E | Case Number:  04 B 03075 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/7/08 | Filed:  1/27/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_